# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

---

Sal Celauro Jr,

Plaintiff

- against -

WHOLE FOODS MARKET,
Security guard

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

**FEB -1 2021**

JEFFREY P. COLWELL
CLERK

---

## COMPLAINT

---

Plaintiff Information

Sal Celauro Jr
c/o 3590 South Pennsylvania Street, Apt 318
Englewood, Colorado [80113]
516-554-6764

A Citizen of Colorado.

Defendants Information

WHOLE FOODS MARKET
870 S. Colorado Blvd.
Glendale, CO 80246
303-691-0101

A corporation of Colorado.

Security Guard (refused to give name)
c/o WHOLE FOODS MARKET
870 S Colorado Blvd.
Glendale, CO 80246
303-691-0101

Assume a citizen of Colorado, worked on Monday evening 11 January 2021. Plaintiff will assume the corporation will supply the name of its employee.

## VENUE AND JURISDICTION

The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and § 1343.

## PREPLIMARY STATEMENT

COMES NOW the Plaintiff, Sal Celauro Jr, in propria persona, sui juris, a Natural born Living Soul, a man standing on the Land jurisdiction of the united States of America, of the Posterity of the People of the united States of America, an Inherent Holder of the Political Power of Colorado, and of this American union of States, an American State Citizen, NOT a corporation, NOT a person as statutorily defined, and NOT a surety for the artificial/fictional entity designated as SAL CELAURO JR or any other variation in all capital letters.

## CLAIM ONE

Violation of Plaintiff's Right to make his own medical/health decisions by requiring him to wear a mask.

## THE ISSUE

Does a private organization have the authority to mandate to their customers that they must wear a mask? Short answer: No.

## SEQUENCE OF EVENTS

Plaintiff entered Whole Foods at about 5:30 PM on Monday, 11 January 2021. Upon entering, Plaintiff did not notice a women security guard at the entrance sitting in the dark to his right. As he passed her, he heard her say something about having a mask. Plaintiff responded, "No need. I am not sick." Having gone to an aisle looking for what he wanted to buy, this woman came up to Plaintiff, standing just a few inches from him (no social distancing). She was demanding that Plaintiff wear a mask. After a brief discussion about wearing a mask, Plaintiff asked her to give him the legislative bill passed and signed by the governor (he knows there is no such bill). She pointed and stated it was up front. We walked up front and she pointed to a paper attached to a wall (at this point she was standing just inches from Plaintiff, no social distancing). Upon review there was no information about a legislative bill as there was no code showing where it is in the Colorado

statutes. Plaintiff stated that this was not a law. Plaintiff believes she stated it was company policy as he could not comprehend what she was stating because she was wearing a mask. She insisted Plaintiff wear a mask or to get out. She was very nasty and Plaintiff was not going to discuss the situation with her. With that, Plaintiff decided to leave the premise and file this complaint.

Received a letter dated 19 January 2021 from Mr. John Hempfling, Vice President & Associate General Counsel, Litigation. He claims Plaintiff has "been verbally abusive to our Team Members". Which Team Members? In all the time Plaintiff has been in the business for the past year, never did Plaintiff have conversations with any Team Member until the security guard approached him demanding he wear a mask. Is stating that Plaintiff doesn't need a mask because he is not sick, abusive? Is asking to show the legislative act that was passed and signed by the governor, abusive? The security guard was abusive and demanding. Plaintiff was not abusive nor interrupting the business. He was just doing shopping. Does Whole Foods have the authority to make medical/health decisions for their customers? What unlawful conduct and verbal assaults? Plaintiff knows his legal Rights. No employee has the Right to be abusive to a customer or make the medical/health decisions of a customer.

## STATEMENT OF CLAIM

Plaintiff has been shopping in this store for many years. Even when this "plandemic" started, Plaintiff has never worn a mask anywhere, including walking into this store. Never before when the flu season was going around were the People forced to wear a mask. Many People died each year from the flu. This flu season started in September or October 2019 but no Executive Order (EO) was issued by the Governor at that time. The Governor issued EO D 2020 039 on 17 April 2020 for People to wear a mask. Executive Orders mandated by the Governor do not apply to the People. Even Governor Newsom of California admitted in a press conference in August 2020 that he cannot mandate anything (see items 201, 279 below). Nowhere in the Constitution does it give the

Governor authority to mandate anything to the People. Neither the governor, mayors, health officer, nor a corporation can make a law. The government has no authority to institute a mask policy. *Please show where in the Colorado Constitution that gives the executive branch to mandate anything.*

An article was published 28 March 2020 on Fox News by Judge Andrew P. Napolitano titled "Judge Andrew Napolitano: Coronavirus shutdowns ordered by governors and mayors are unconstitutional" (https://www.foxnews.com/opinion/judge-andrew-napolitano-coronavirus-shutdown-orders-by-governors-and-mayors-are-unconstitutional). The Judge states (all highlighting is by Plaintiff), "The governors of all 50 states and the mayors of many large cities have assumed unto themselves the powers to restrict private personal choices and lawful public behavior in an effort to curb the spread of COVID-19." "They have done so **not by enforcing previously existing legislation but by crafting their own executive orders**, styling those orders as if they were laws, using state and local police to enforce those so-called laws and – presumably when life returns to normal and the courts reopen – prosecuting the alleged offenders in court." "It is hard to believe that any judge in America would permit a criminal trial of any person for violating a standard of behavior that has **NOT** been enacted into **law by a legislature**." "We know this because under our system of representative government, separated powers and guaranteed liberties, only the legislative branch can craft laws and assign punishments for noncompliance. This is Constitutional Law 101." "Supreme Court Justice Neil Gorsuch has written that **the executive branch cannot enforce a law that it has written**. If it does, we will have approached tyranny."

"It is a proposition too plain to be contested, that the constitution controls any legislative act repugnant to it; or, that the legislature may alter the constitution by an ordinary act." *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

"* * * consequently the theory of every such government must be, that an act of the legislature repugnant to the constitution is void." *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

"Thus, the particular phraseology of the constitution of the United States confirms and

strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 180 (1803).

"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed." *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

"Obviously, however, one cannot be punished for failing to obey the command of an officer if that command is itself violative of the Constitution." *Wright v. Georgia*, 373 U.S. 284, 291-292 (1963).

Plaintiff would assume the paper he viewed was "a policy of the corporation." Most likely the corporation will state that it complied with "applicable local, state and federal guidance." Guidance is not law. A store policy does not apply to customers, only to employees. Applying a store policy to customers is illegal and is fraud. Corporations do not have authority to make medical/health decisions for their customers. Again, the question is asked, what is the legislative act passed and signed by the governor requiring People to wear a mask?

Whole Foods is a private business that is engaged in commerce and is open to the public. Does management know the legal definition of a public accommodation? As a member of the public, Plaintiff has a legal Right to be in the business and be served just like anyone else. Is management aware that the corporation is required by law to allow Plaintiff equal access to the goods, services, and facilities in the most integrated setting possible? Does management know refusal of service constitutes illegal conduct that the corporation and management can be liable for? Is management aware that refusal of entry constitutes false imprisonment, and management can be charged and arrested for this crime? Is management aware that you can be personally liable for preventing Plaintiff from shopping in the business, as it is a violation of his personal liberty and civil rights?

"The State urges in effect that the corporation's right to control the inhabitants of Chickasaw is coextensive with the right of a homeowner to regulate the conduct of his guests. We can not accept that contention. Ownership does not always mean absolute dominion. The more an owner, for his advantage, opens up his property for use by the public in general, the more do his rights become circumscribed by the statutory and constitutional rights of those who use it." *Marsh v. State of Ala.*, 326 U.S. 501, 505-506 (1946).

"In our view the circumstance that the property rights to the premises where the deprivation of liberty, here involved, took place, were held by others than the public, is not sufficient to justify the State's permitting a corporation to govern a community of citizens so as to restrict their fundamental liberties and the enforcement of such restraint by the application of a State statute." *Marsh v. State of Ala.*, 326 U.S. 501, 509 (1946).

If the corporation cannot restrict fundamental liberties by the application of a State statute, it certainly cannot restrict fundamental liberties by a mandate from a governor. Managers cannot use the excuse they didn't know the law. Ignorance of the law is no excuse.

"Ignorance of a fact may sometimes be taken as evidence of a want of criminal intent, but not ignorance of the law." *Reynolds v. U.S.*, 98 U.S. 145, 167 (1878).

"* * *, because even laymen are held to the proposition that ignorance of the law is no excuse." *Jackson v. Mountain Utilities Corp.*, 263 P.2d 812, 813, 128 Colo. 477 (Colo. 1953).

"The rule that "ignorance of the law will not excuse" (Shevlin-Carpenter Co. v. Minnesota, supra, p. 68) is deep in our law, * * *." *Lambert v. California*, 355 U.S. 225, 228 (1957).

"Defendant's ignorance of the law does not constitute justifiable excuse or excusable neglect." *People v. Alexander*, 129 P.3d 1051, 1056 (Colo. 2005).

"And, ignorance of the law * * * does not constitute justifiable excuse or excusable neglect." *People v. Martinez-Huerta*, 14CA0578 (Colo. 2015).

Defendants violated Plaintiff's Right to make his own medical/health decisions. Plaintiff did not give them that authority. Where did Defendants obtain that authority?

The wearing of a mask is not effective. This is not my opinion; this comes from the many doctors, medical practitioners, medical researchers, medical institutions, medical periodicals, etc. This whole "plandemic" is a fraud. Here is what Plaintiff has researched to date:

### COVID-19 Research

1. 18 Second Video Prove… Masks Do Not Work!!!! | Health and Money News
2. 5G Whistleblower: Coronavirus Test Spreading Virus! You Cannot Catch the Coronavirus Unless You Take The COVID-19 Test Or COVID-19 Vaccines! Exposing the COVID-19 Lie! Great Videos. | Prophecy | Before It&apos;s News
3. 7.8.20: It&apos;s time to STAND/END the HORROR SHOW! Who wears mask and who DOES NOT?
4. Blaylock: Face Masks Pose Serious Risks To The Healthy
5. BOMBSHELL: NIH KNEW ABOUT CHLOROQUINE
6. BREAKING: Funeral Directors in COVID-19 Epicenter Doubt Legitimacy of Deaths

Attributed to Pandemic

7. BREAKING: Researchers claim 100 percent cure rate vs. covid-19 in 100+ patient trial conducted in Ecuador, using intravenous chlorine dioxide – NaturalNews.com
8. Can the Government Restrict Travel to Protect Public Health? - LewRockwell
9. CDC Documented..Telling Doctors… to Lie About Cause of Death | Health and Money News
10. Censored: A Review Of Science Relevant To COVID-19 Social Policy And Why Face Masks Don&apos;t Work
11. Colorado amends coronavirus death count - says fewer have died of COVID-19 than previously reported | Fox News
12. Common steroid found to reduce deaths in sickest COVID-19 patients, researchers say
13. Corona Debunked by Biochemistry
14. Corona Emergency Hearing 6: Andrew Wakefield & Dr. Sherri Tenpenny
15. Coronavirus becoming far less deadly as it "adapts" to human hosts… no vaccine necessary, says doctor | The Common Sense Show
16. Coronavirus hype biggest political hoax in history - Washington Times
17. CoronaVirus Notable Cases - Google Drive
18. Coronavirus outbreak in U.S. on track to be less severe than this year&apos;s seasonal flu
19. Coronavirus: Fox News correspondent claims governors' stay-home-orders are &apos;unconstitutional&apos; | The Independent
20. COVID-19 - An Easy Way to Know You DON&apos;T HAVE IT!
21. COVID-19 is close to losing its epidemic status in the U.S., according to the CDC | Just The News
22. COVID-19 Mortality Rates Might Be Slightly Less
23. COVID-19: Is It as Deadly as They Say?
24. CovidTV Ad They Rejected
25. CREEPY! Biden Scolds Reporter For Not Wearing a Mask on an Empty Street in Creepy Orwellian Video
26. David Icke | German Official Leaks Report Denouncing Corona as 'A Global False Alarm' - as I&apos;ve said from day one: You&apos;ve been had people (which is why they are desperately trying to silence me)
27. Denver man files suit challenging state, city stay-at-home orders | Coronavirus | coloradopolitics.com
28. Doctor Says COVID-19 Death Statistics are Criminally Fraudulent - Red Pill University
29. Does Wearing a Face Mask Reduce Oxygen—and Can It Increase $CO_2$ Levels? Here&apos;s What Experts Say | Health.com
30. Dr Judy Michowitz&apos;s Video Restored | Armstrong Economics
31. Dr Judy Mikovits on Fire! Covid19, Vaccines, Cancer, Gmo, MESSAGE TO FAUCI!
32. Dr Judy Mikowits-Interview by Mikki Willis.mp4
33. Draconian coronavirus closures of restaurants threatens due process granted by Constitution - Washington Times
34. Dr. Blaylock: Face Masks Pose Serious Risks to the Healthy
35. Dr. Judy Mikovits Interviewed by the Health Ranger on the Coronavirus Pandemic: Fauci Fraud, NIH Corruption & More! +Video | Health | Before It&apos;s News
36. Dr. Richard Bartlett | ACWT Interview 7.2.20
37. Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race… | Health | Before It&apos;s News
38. Enraged Italians Abandon Masks, Denounce Pandemic As Scam | Zero Hedge
39. EXCLUSIVE INTERVIEW: Robert Kennedy Jr. Destroys Big Pharma, Fauci & Pro-Vaccine

Movement

40. EXCLUSIVE: TOP Scientist & HIV/AIDS Research Pioneer Dr. Judy Mikovits Blows Whistle on Dr. Fauci; DISTURBING Details of Threats; Research Theft; Tainted Vaccines; Fraud; Cover-Ups; Pay to Play – True Pundit

41. Face Masks Are Dangerous!!!!!!!!! | Health and Money News

42. Face Masks Can Be Deadly To Healthy People Says Neurologist

43. Face masks: WHO stands by recommendation to not wear them if you are not sick or not caring for someone who is sick - CNN

44. Facebook-Chasing The White Rabbit

45. Fauci changes tune, now says second COVID-19 wave may never happen — and mask-wearing is symbolic – True Pundit

46. FAUCI SAYS NO MASKS

47. Gates Foundation Behind Completely WRONG Coronavirus "Death Toll" Numbers

48. German virologist: Covid-19 is less deadly than we thought

49. HALLELUJA THANK GOD TRUTH IS COMING OUT

50. Healthy people should wear masks only if caring for coronavirus patients, WHO says

51. Horowitz: The CDC Confirms Remarkably Low Coronavirus Death Rate

52. How Coronavirus aka COVID19 Kills Some People (But Not Others) - I&apos;m a Lung Doctor (MEDICAL TRUTH)

53. HUGE UPDATE: Dr. Fauci and Dr. Birx Used Imperial College Model -- NOW CONFIRMED AS A COMPLETE FRAUD -- To Persuade President Trump to Lock Down Entire US Economy!

54. HUNDREDS of Patriots March in the Streets Chanting the HILARIOUS Truth about Face Masks

55. Illinois is OPEN! Judge Rules Against Pritzker - Citizens Are CELEBRATING!

56. Indonesia Study Finds 99% Of Covid Victims Were Vitamin D Deficient. Naughty Beaver Investigates

57. Irreversible Brain Damage from Prolonged Mask Wearing

58. Is It Dangerous to Wear a COVID-19 Protective Mask for Too Long?

59. Italy Blows the Lid Off Vaccine Scam. Will No Longer Poison Citizens with Globalist Eugenics

60. Jeremy Elliott talks Covid/corona

61. Judge Andrew Napolitano: Coronavirus fear lets government assault our freedom in violation of Constitution | Fox News

62. Judge Andrew Napolitano: Coronavirus shutdowns ordered by governors and mayors are unconstitutional | Fox News

63. Judge Andrew Napolitano: In coronavirus response, Constitution restricts mandatory government quarantines | Fox News

64. Judge Rules Against Stay At Home Order: &apos;People Are Not Being Governed, They Are Being Ruled&apos; | MRCTV

65. Leaked Documents Show China Hid Info On Virus Human Transmission; Secret Social Monitoring Exposed

66. Lockdowns Were a SCAM! Asymptomatic Carriers Don&apos;t Spread COVID-19

67. Man wears mesh face mask to prove mandatory masks in Florida is not about protection but compliance

68. Mandatory Masks Aren't About Safety, They're About Social Control

69. Mask Facts - AAPS | Association of American Physicians and Surgeons

70. MASKS EXPOSED - (short version)

71. Masks Exposed and the Health Risks Involved with Tammy Clark and Kristen Meghan
72. Medical Doctor Blows C-Vi-Rus Scamdemic Wide Open!!
73. Mindblowing - A Must Watch 13 Minutes for Today | Alternative | Before It&apos;s News
74. MUST WATCH: Tearful Nurse Blows Whistle on New York Hospitals &apos;Murdering&apos; COVID Patients With &apos;Complete Medical Mismanagement&apos;
75. No lockdown in Sweden but Stockholm could see &apos;herd immunity&apos; in weeks
76. Oxygen mask test
77. Paul Stramer - Lincoln County Watch: Silence of the Medical Scams with special Guest Dr. Judy Mikovits
78. Pennsylvania Takes Hundreds of &apos;Probable&apos; COVID Deaths Off Books After Coroners Come Forward
79. People with lung conditions &apos;should NOT wear face masks if it makes it hard to breathe&apos; | Daily Mail Online
80. Physician/State Sen claims feds pressuring doctors to inflate COVID-19 cases, reveals 7-page doc
81. Police Speaks Out Against Tyrannical Orders by Governors - Armstrong Economics
82. QAnon Johnus👄 on Twitter: "EVERY Governor
83. R95 Reusable Face Mask
84. Rand Paul: Dr. Fauci Not 'End All' Authority on Coronavirus Response · American Truth Today
85. Research shows propylene glycol vapor kills airborne influenza virus – VAPES
86. Robert De Niro, Robert F. Kennedy Jr. offer $100K to anyone who can provide proof vaccines are safe - Globalnews.ca
87. Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy.
88. Scandal: COVID+ Numbers Proven Fake In Florida...100% Positive Test Rate - CD Media
89. Senator Scott Jensen targeted by Minnesota Medical Board for speaking out about COVID-19
90. Should Be a Headline: German Autopsy Study Finds EVERY Coronavirus Victim had Previous Illness -- All Had Cancer, Lung Disease, Were Heavy Smokers or Morbidly Obese
91. Stanford doctor explains why coronavirus lockdown policies need to end: &apos;Ignore the panic and rely on facts&apos; - TheBlaze
92. Study proves that coronavirus vaccine would never work; might actually create MORE new viruses through recombination in human hosts – NaturalNews.com
93. Surgeon General warned against face masks but CDC now recommends it - Business Insider
94. Tammy K. Herrema Clark DESTROYING the mask narrative especially masks and children!
95. Texas Doctor Reverses Coronavirus Symptoms In 100% Of Cases With Inexpensive Treatment
96. The 1918 "Spanish Flu": Only The Vaccinated Died - Sal Martingano
97. The Cheapest COVID-19 Therapy in the World
98. The Epoch Times on Twitter: ""UV light is incredibly efficient at killing both viruses and bacteria." New York's transit authority launched a #CCPVirus-busting pilot that uses a special kind of germicidal ultraviolet light to disinfect the city's subways and buses. https://t.co/qdDAWb1cu4" / Twitter
99. The WHO just obliterated every argument for mandatory vaccines or contact tracing by declaring asymptomatic carriers don't spread COVID-19 – NaturalNews.com
100. There Isn't a Coronavirus 'Second Wave' | The White House
101. There It Is: CDC Equates Coronavirus Hospitalizations to Seasonal Flu and Finally Admits

It&apos;s MUCH LESS Dangerous for Children
102. Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV
103. Unmasking The Science You Aren't Hearing On TV | COVID-19 Facts from the Frontline
104. Unusual Videos - ⚜ An epic journey of new discovery
105. Urgent information on Covid Vacc!ne
106. URGENT! Full Disclosure from &apos;INSIDE' - Dr
107. UV light robot destroys coronavirus in 2 minutes - Nikkei Asian Review
108. Vaxxter - Scientific articles exposing vaccine myths and pharma foibles
109. What face masks actually do against coronavirus
110. Whistleblowers Doctors say FAKE CV19 Numbers Dr Annie - altCensored
111. WHO: No evidence wearing a mask can protect healthy people from coronavirus | TheHill
112. Why lockdowns are the wrong policy - Swedish expert Prof. Johan Giesecke
113. Yet Another Medical Study on the Nasty Contamination by Respiratory Viruses on Outer
     Surface of Masks
114. YOUR+QUICK+ACTION+GUIDE+from+Peggy+at+The+Healthy+American.pdf

Pages Removed or Blocked

115. zblocked - Kenny Larson - If you get headaches while wearing a mask check...
116. zremoved - Facebook-COVID-911
117. zremoved - John B Wells 11:11 on Twitter: "BREAKING: The #WorldHealthOrganization
     made a complete U turn and said that #coronavirus patients doesn&apos;t need to be isolated
     or quarantined. No #SocialDistancing and it cannot even transmit from one patient to another.
     *See the video.* #coronascam https://t.co/l2qiTw4Lco" / Twitter
118. zremoved - Philip Anderson on Twitter: "A Doctor with absolutely no f*cks left to give; grabs
     a microphone &amp; absolutely DESTROYS Democrats and their nation wide corona virus
     shut down. https://t.co/QjnERQvG8D" / Twitter
119. zremoved - Ep. 23 -- PAYBACK: Dr. Judy Mikovits Comes Out Swinging & Dropping
     Bombs On Dr. Fauci & Critics & Dismantles the Coronavirus Con Job | Thomas Paine
     Podcast
120. zremoved - WHO guidance: Healthy people should wear masks only when &apos;taking care
     of&apos; coronavirus patients
121. zremoved - 01-07 EXCLUSIVE: Drs. Buttar, Shiva & Mikovits BLAST Gates, Call to
     ARREST Fauci as Crisis CRUSHES Economy
122. zremoved - 01-19 "This Video Will Be DELETED Within 24 HOURS!" Dr. Rashid Buttar
123. zremoved - Americas Front Line Doctors Speak OUT! (Finally!!!)
124. zremoved - Are Mandatory Masks "OSHA"-Approved?
125. zremoved - Bobby Kennedy Jr. Just How Much Money Bill Gates, Dr. Fauci Will BENEFIT
     from Vaccine
126. zremoved - BOOM! Funeral Directors EXPOSE Death Certificate Frauds Behind CV Deaths
127. zremoved - Breaking down Covid-19 by Dr. Kelly Victory
128. zremoved - BREAKING! FAUCI, BIRX are FINISHED! This NEW Study Just
     DEMOLISHED Their Bill Gates LIES!
129. zremoved - DOCTORS IN BLACK - PlanDemic, global plan to take control of our lives,
     liberty, health & freedom
130. zremoved - Dr. Anthony Fauci&apos;s ex-employee, was jailed, finally tells all.
131. zremoved - Dr. Birx CONFRONTED on Her and Fauci MISLEADING Trump, Her Reaction

Says EVERYTHING
132. zremoved - Dr. Fauci Reveals How EVIL He Really Is While Discussing The Future of Sports
133. zremoved - Dr Rashid A Buttar WHAT FACE MASKS ACTUALLY DO TO YOUR HEALTH
134. zremoved - EXCLUSIVE: Dr. Rashid Buttar BLASTS Gates, Fauci, EXPOSES Fake Pandemic Numbers As Economy Collapses
135. zremoved - Fauci Approved Chloroquine, Hydroxychloroquine 15 Years Ago to Cure Coronaviruses
136. zremoved - Frank Hahnel A real Doctor telling it like it is. It&apos;s all Fake.
137. zremoved - MASK TEST PROVES TOXIC FOR CHILDREN
138. zremoved - OSHA SAYS MASKS DON&apos;T WORK -- AND VIOLATE OSHA OXYGEN LEVELS -- The Healthy American, Peggy Hall
139. zremoved - PlanDemic, a film about the global plan to take control of our lives, liberty, health & freedom.
140. zremoved - Taught to Believe MASKS Aren&apos;t Harmful, Here&apos;s Proof IT IS!
141. zremoved - What in the world is actually going on? Document reveals plans, step by step.
142. zremoved - What They Don't Want You To Know About Covid-19. Dropping Bombs (Ep 264) | Dr. Rashid Buttar

Research Added Since 14 July 2020

143. My Dr has helped over 75 patients with Covid-19
144. Cloth Masks Are Useless Against COVID-19
145. A Conversation with Dr. Kelly Victory
146. Latest Facts on COVID-19 by Doctor Kelly
147. Face Masks - Helpful or Hoax?
148. Expert warns AGAINST masks, CDC Exposed (COVID-19) - short version
149. POTUS TRUMP TO SIGN AN EXECUTIVE ORDER TO MAKE MANDATORY MASK WEARING UNLAWFUL! | We the People: Your Voice in Our Government
150. 8 "Facts" About Coronavirus That Are Actually Lies
151. Mask Wearers are Collaborators Who Could Destroy Us All - YouTube
152. EXPOSING THE OCCULT CORONA-INITIATION RITUAL - DC Dirty Laundry
153. Chinese Virologist Reveals WHO Colluded With the CCP in COVID-19 Cover-Up
154. Paul Stramer - Lincoln County Watch: About Oaths and Constitutions
155. The most important video you&apos;ll ever watch.
156. The Truth About Social Distancing
157. Facebook-New Cases
158. Ian56 on Twitter: "Surgical masks are designed to prevent HEALTHY surgeons from spraying their breath &amp; spittle containing BACTERIA into the open wounds of the patient they are operating on. They do NOT prevent the spread of viruses like Covid-19. Scott Jensen MD explains https://t.co/OtTRlpH5s5" / Twitter
159. COVID-19 Facts from the Frontline | tonyrobbins.com
160. Dear humans: face masks don't work; the study-review was published by your very own CDC « Jon Rappoport&apos;s Blog
161. Dr. Russell Blaylock Says That Face Masks Pose Serious Risks To The Healthy – Great Mountain Publishing
162. Masks Are Neither Effective Nor Safe: A Summary Of The Science

163. Doctor Says Virus Theory of Illness is Widely Believed But Has Never Been Proven
164. Hydroxychloroquine could save up to 100,000 lives if used for COVID-19: Yale epidemiology professor | Fox News
165. Shocker!!!: Content Of Bill Gate Vaccine Exposed, Wake Up World
166. &apos;Panera Karen&apos;: Masks don&apos;t stop COVID-19 since pants don&apos;t contain farts
167. COVID Scam About To Go Mainstream! 600K People Accidentally Told They Have COVID!
168. Science Teacher Explains Why Children SHOULD Wear Face Masks When They Return to School
169. Covid-1984, an Orwellian Analysis - Red Pill University
170. Fake COVID Data & What Lies Ahead Because of it - Red Pill University
171. COVID19 PCR Tests are Scientifically Meaningless – OffGuardian
172. WHO Director-General&apos;s opening remarks at the media briefing on COVID-19 - 5 June 2020
173. THIS LIVE MASK TEST SHOCKS VIEWERS
174. COVID-19 Is Fizzling Across Nation, Recent Cases Are Less Serious and Deaths Are Diminishing But Democrats Want to Completely Shut Down the Country - Why is That?
175. Brave Frontline COVID Doctor Calls Out Fake News, Challenges CNN&apos;s Chris Cuomo to Take a Urine Test to Prove He Isn&apos;t Taking Hydroxychloroquine (VIDEO)
176. Georgia Governor Kemp bans cities from ordering people to wear face masks - CBS News
177. Hydroxychloroquine - Frontline Doctors Show Treatment for Corona - Michael Tellinger - YouTube
178. Front Line Doctors Tell The World That Hydroxychloroquine Prevents & Cures COVID-19 - COVID-19 REFUSERS
179. CDC Director: Threat Of Suicide, Drugs, Flu To Youth 'Far Greater' Than Covid | The Daily Wire
180. America&apos;s Frontline Doctors Summit - Session 1
181. Video of Doctors' Capitol Hill Coronavirus Press Conference
182. Silenced Frontline Doctors Hold Capitol Hill Press Conference to Challenge Big Tech
183. ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary. - Stand for Health Freedom
184. Big Tech commits MEDICAL TREASON by censoring doctors' video revealing covid-19 CURE being suppressed by Big Pharma / Big Science fraudsters - DC Dirty Laundry
185. Police chiefs, sheriffs refuse to enforce mask mandates - Leap Frog America
186. Youtube Is Engaged in Sedition to Overthrow the Government Removing Frontline Doctors Video | Armstrong Economics
187. COVER UP: Fauci Approved Chloroquine, Hydroxychloroquine 15 Years Ago to Cure Coronaviruses; "Nobody Needed to Die" – True Pundit
188. Florida Nurse Reports 100% Success Rate With HydroxyChloroquine & Gross Negligent Deaths In New York
189. STRANGE THINGS ARE HAPPENING IN NEW ZEALAND‼ RASHID BUTTAR
190. Facebook-Dr Lisa Koche Md
191. FULL INTERVIEW: Houston-area doctor in viral video touting hydroxychloroquine as virus cure doubles down on claims
192. Hurry and Watch!!!Finally, the Secret Behind Forced Vaccination Exposed!!!! Get This to Everyone
193. Baylor Cardiologists Support Hydroxychloroquine Emergency Use Authorization by FDA |

The Texan
194. "IT WOULD CHANGE EVERYTHING" - ER DOCTOR CALLS FOR HCQ TO BE OVER THE COUNTER
195. Paul Stramer - Lincoln County Watch: For Trumpsters Only: Exposing the Covid-19 Lie! Coronavirus Test Spreading Virus!
196. Facebook-Glen Beck Dr Simone Gold
197. How Lethal Is Covid-19 (Coronavirus)?
198. Some States Are Now Police State: Camps and Ankle Bracelets
199. Fake Data And What&apos;s Coming (This is Really Frightening)
200. Steve Deace: &apos;The verdict is in. These maskholes don&apos;t know what the hell they are talking about.&apos; - TheBlaze
201. GOV NEWSOM ADMITS HE CAN&apos;T MANDATE LAW - Peggy Hall
202. Are You Wearing Your Mask Too Long?
203. Covid911 - INSURGENCY
204. Dr. Judy Mikovits: A Force to be Reckoned With: Vaccines and Covid | PROJECT CAMELOT PORTAL
205. Mask Exemption Cards - Mask Exemption Cards
206. Mask the Truth
207. COVID: Is the Virus Real? - LewRockwell
208. A friends account of overcoming the rona
209. 640 DOCTORS, "CV19 IS A GLOBAL SCAM"
210. Covid: is the virus real - Jon Rappoport&apos;s Blog
211. Viruses and the Germ Theory - How your Immune System Works to Protect You 2020
212. BOMBSHELL: New York City Nurse Exposes Elmhurst Hospital Labeling &apos;Negative&apos; Patients As Positive and Killing Them
213. The Deception of Virology | Why Coronavirus Is Not Contagious
214. Scientists Proved Viruses Are Not Contagious in 1918
215. VIDEO: Doctor Vapes Through Face Masks, Shows Thick Clouds Escape Through Sides, Bottom, and Top
216. Drebonacci on Twitter: "https://t.co/uWkDVbLvUF" / Twitter
217. Doctors Pen Open Letter To Fauci Regarding The Use Of Hydroxychloroquine for Treating COVID-19 | Zero Hedge
218. Plandemic: Indoctornation World Premiere - Digital Freedom Platform
219. Dr. Lorraine Day Tells Us the Real Truth About Hydroxychloroquin - It Is Part of the Alice in Wonderland Program - Casey Tells Us That This "Cure All" Has Been Scripted in the Spars Pandemic Paper Written by John Hopkins in 2017 - Awesome Videos for People Searching for the Truth! | Prophecy | Before It&apos;s News
220. Catholic Priests: Masks & Vaccines are Scams… You are Nuts if You Take The Vaccine – Health and Money News
221. Have We Been Had!? New Wuhan Photos Surface That Expose Unimaginable New Chapter Of Covid-19!
222. DO YOU HAVE MASK MOUTH? HERE&apos;S A NEW DANGEROUS HEALTH RISK MILLIONS OF PEOPLE ARE NOW DEVELOPING
223. Belgian Engineers Build Machine To Kill Shopping Cart Germs With UV Light
224. Plandemic, Part 2
225. Mask Mouth Warning from Dentist | NaturalHealth365
226. 1000 German Doctors say COVID-19 is 100% a Scam | FromRome.Info
227. Tucker Carlson Drops Dire Warning! COVID Got Hijacked! We're Never Going Back! |

Alternative | Before It&apos;s News
228. CDC: 94% of Covid-19 deaths had underlying medical conditions | WEYI
229. New CDC report shows 94% of COVID-19 deaths in US had underlying medical conditions
230. Finally, CDC Admits Just 9,210 Americans Died FROM Covid19 | Principia Scientific Intl.
231. John MacArthur: There is No Pandemic (8/30/2020) SO4J-TV
232. Game over | Brasscheck TV
233. Plandemic-The Rabbit Hole
234. CDC Admits to Inflating COVID Death Count
235. Join the Legal Challenge to the UK Govt Lockdown
236. CDC & FAUCI CONFIRM: COVID-19 SCAMDEMIC WAS A HOAX! - DC Dirty Laundry
237. SHOCK REPORT: This Week CDC Quietly Updated COVID-19 Numbers - Only 9,210
     Americans Died From COVID-19 Alone - Rest Had Different Other Serious Illnesses
238. New Revelations on the COVID Death Count
239. BREAKING: TREASON Charges Served on ENTIRE County Board After Bold Patriot in
     Palm Beach Has ENOUGH!
240. EDNb2lyHOdim.mp4  (A nurse tells what is going on in hospital)
241. David Icke&apos;s Explosive Interview /w London Real | The Video Youtube Doesn&apos;t
     Want You To See (SHARE!)
242. Judge Andrew Napolitano: Coronavirus pandemic doesn't give government right to bar
     religious services | Fox News
243. The 1% blunder: How a simple but fatal math mistake by US Covid-19 experts caused the
     world to panic and order lockdowns — RT Op-ed
244. Dr. Tenpenny on Vaccines and Current Events - Dr Sherri Tenpenny and Rocco Galati |
     Facebook
245. COVID-19 Emails From Nashville Mayor's Office Show Disturbing Revelation
246. Governments Will Impose New Lockdowns If They Think They Can Get Away with It |
     Mises Wire
247. Systemic discouragement of Hydroxychloroquine is a 'national scandal'
248. Society cannot control COVID-19 by strong action, but we 'must control the panic'
249. HORRIFIC Video Shows How You'll Be Handled in Joe Biden's America if You're Seen
     Without a Mask - YouTube
250. CDC says it erroneously posted guidance that said coronavirus spreads through air and travels
     beyond 6 feet
251. Airborne transmission: CDC abruptly removes guidance, says update &apos;was posted in
     error&apos; - CNN
252. CDC pulls revised guidance on coronavirus from website | TheHill
253. Chief Science Officer for Pfizer Says "Second Wave" Faked on False-Positive COVID Tests,
     "Pandemic is Over" | HubPages
254. OOPSIE! HOT MIC Catches Top Dems Revealing TRUE THOUGHTS About Masks -
     BUSTED
255. BOMBSHELL: Former Pfizer executive says covid-19 "pandemic is over," so-called "second
     wave" based on fraudulent testing – NaturalNews.com
256. Brighteon-CDC states COVID19 test dont exist
257. The Democrats know it's bullshit – they don't wear masks and they're using the masks to
     control people – Investment Watch
258. Tucker Carlson Tonight - 10/13/20 | Fox News
259. CDC Study Finds Overwhelming Majority Of People Getting Coronavirus Wore Masks :
     China_Flu

260. World Doctors Alliance 10oct2020
261. Thread by @liberal_not on Thread Reader App – Thread Reader App
262. Ultimate Proof: Covid-19 Was Planned To Usher In The New World Order |
263. Coronavirus Fraud Scandal - The Biggest Fight Has Just Begun
264. CDC Says Virus Was Never Airborne Rendering Masks Worthless
265. Statistical analysis of 118 studies proves &apos;efficacy&apos; of Hydroxychloroquine
266. Does Covid-19 Exist? Genome Sequencing Evidence: Spain Orders Nationwide Curfew, and More 10.25.2020 - YouTube
267. Odds of Dying from COVID-19 vs other Coronaviruses
268. Odds of dying from COVID vs Flu. Update October 2020
269. Fact-checking COVID claims made on county supervisor&apos;s podcast - The San Diego Union-Tribune
270. Dr Kelly Victory Discusses Covid-19 Medical Facts On Dose Of Dr Drew  (Dr. Kelly is in Colorado)
271. Dr. Kelly Victory insists people ignore the hysteria over rising case numbers
272. Dr. Kelly Victory Straight Doc Talk on Dose Of Dr. Drew.
273. Dr. Kelly Victory explains who the people contracting COVID-19 are right now
274. CDC Admits: No Conclusive Evidence Cloth Masks Work Against COVID - The New American
275. Irish Investigative Journalist - We Now Have PROOF Covid19 DOES NOT Exist - Share EVERYWHERE
276. Is the coronavirus pandemic nothing more than overblown hype?
277. COVID Testing: We&apos;ve Been Duped | Zero Hedge
278. New CDC Numbers Show Lockdown's Deadly Toll On Young People | The Daily Wire
279. Court Declares Gov. Newsom&apos;s Abuse of Power Unconstitutional - California Globe
280. Study shows nearly 90% of people are asymptomatic with COVID-19
281. Yardley Yeadon on Twitter: "COVID-19: Do We Have a Coronavirus Pandemic, or a PCR Test Pandemic? - AAPS | Association of American Physicians and Surgeons I'm not alone is completely distrusting current PCR mass testing. "Coronavirus is not a pseudo-epidemic... https://t.co/yWl7ovSTnr" / Twitter
282. Smoking gun: Fauci states COVID test has fatal flaw; confession from the "beloved" expert of experts « Jon Rappoport&apos;s Blog
283. Covid911 - INSURGENCY
284. Revolver Exclusive Study: COVID-19 Lockdowns Over 10 Times More Deadly Than Pandemic Itself - Revolver
285. Scooby Doo & The Covid Hoax. Whistleblowers In Ireland And England Speak Out. The Covid Doesn&apos;t Exist. Excellent Videos! | Prophecy | Before It&apos;s News
286. Could wearing a mask for long periods be detrimental to health? - The Jerusalem Post
287. Fort Fairfield Journal: Maine&apos;s Leading Independent News Source
288. Crimes Against Humanity; fraudulent PCR Tests Taken To Court - Interview with Lawyer Reiner Füllmich
289. Dr. Igor Shepherd's Talk About the Horrors of a 'Covid' Vaccine - LewRockwell
290. German Lawyer Sues The World Over Coronavirus
291. Nearly 50,000 doctors and scientists, 630,000 citizens have signed global anti-lockdown proclamation | Just The News
292. Ron Paul COVID-19 charts
293. COVID Is &apos;Greatest Hoax Ever Perpetrated&apos; Says Top Canadian Pathologist In Edmonton City Council Meeting!! | Alternative | Before It&apos;s News

294. Former Pfizer VP: 'No need for vaccines,' 'the pandemic is effectively over' | News | LifeSite
295. ● LIVE: Michigan State Senate Committee on Oversight Holds Hearing on Election Issues 12/1/20 - YouTube
296. What NO ONE is Saying About The Lockdowns
297. 🔊 🔊 Urgent listen. ER Physician warns the public that the bait & switch is coming. 🔊 🔊
298. Is the coronavirus pandemic nothing more than overblown hype?
299. Jon Rappoport: "Boom: Florida forcing labs to report number of PCR test cycles—game changer"
300. Dr Bodo Schiffmann Reports 3 Child Deaths in 1 Week in Germany Due to Masks on Vimeo
301. WHO (Finally) Admits PCR Tests Create False Positives | ZeroHedge
302. NEP - Conversation on the Most Relevant Topic of These Times - YouTube
303. A COVID-19 Guide for Colorado Employers | Littler Mendelson P.C.
304. JC Henry-COVID-19 does not exist-24 december 2020
305. Dr. Fauci admits he lied to Americans about coroanvirus to promote compliance – American Digest
306. WHAT?! New Study of 10 Million Chinese Finds Asymptomatic Covid Spread Never Existed - National File
307. Doctors Around the World Issue Dire WARNING: DO NOT GET THE COVID VACCINE!!
308. Is the coronavirus pandemic nothing more than overblown hype?
309. Brian G. Powell,M.S. on Twitter: "https://t.co/KeQhUIJ0sk" / Twitter
310. Attacking Ourselves: Top Doctors Reveal Vaccines Turn Our Immune
311. Bruce Lipton on COVID-19 Pandemic
312. Dolores Cahill - Dolores Cahill Phd is interviewed by Liam Galvin. "I Would Sue For Murder if Someone Forcibly Injected Me With The Vaccine!" | Facebook
313. Covid 19 fraud exposed in NY Hospital
314. Odds of dying from COVID versus Flu. Update!
315. Bacterial Pneumonia Caused Most Deaths in 1918 Influenza Pandemic, August 19, 2008 News Release - National Institutes of Health (NIH)
316. Doctors Around The World Issue Warnings Against The COVID-19 Vaccine – Era of Light
317. Catherine Austin Fitts Exposes the Injection Fraud - The Gates Syndicate
318. Dr. Stephen Malthouse, Speaking about "cases", face masks, social distancing & the CV19 vaccine
319. The Case Against Masks
320. The case against masks part 2
321. Why Masks Don&apos;t Work - Part 1
322. Why Masks Don&apos;t Work - Part 2
323. GOVERNMENT IN IRELAND FORCED TO ADMIT COVID-19 DOES NOT EXIST
324. Nursing home with zero COVID deaths reports residents dying after new outbreak, vaccine | Opinion | LifeSite
325. The COVID-19 Jab IS NOT A VACCINE! It&apos;s a PATHOGEN CREATOR! ABSOLUTELY MUST WATCH!
326. The mRNA COVID-19 Technology is NOT a Vaccine
327. Coronavirus 90% LESS DANGEROUS Than We Thought
328. Is the coronavirus pandemic nothing more than overblown hype?
329. Make your own conclusion... - 2012: What&apos;s the Real Truth | Facebook
330. Researchers tout &apos;major scientifc discovery&apos; in $14M study for COVID-19 treatment | CBC News

Plaintiff's Right to make his own medical/health decisions has been violated. Defendant corporation worked in conjunction with government officials to deny Plaintiff of his Rights by forcing him to wear a mask by declaring a policy for customers to wear a mask. In *Bowers v. DeVito*, 686 F2d 616, 618 (Ill. 1982), it states:

> "The Constitution is a charter of negative liberties; it tells the state to let people alone; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." See also; *Jackson v. City of Joliet*, 715 F.2d 1200 (Ill. 1983); *Beard v. O'Neal*, 728 F.2d 894 (Ill. 1984); *Jackson v. Byrne*, 738 F.2d 1443 (Ill. 1984); *Wittkowski v. State of New Mexico*, 103 N.M. 526, 710 P.2d 93 (N.M. 1985); *Schaffrath v. Village of Buffalo Grove*, 513 N.E.2d 1026, 160 Ill.App.3d 999, 112 Ill.Dec. 417 (Ill. 1987); *Henderson v. Bradford*, 523 N.E.2d 64, 168 Ill.App.3d 777, 119 Ill.Dec. 596 (Ill 1988); *Archie v. City of Racine*, 847 F.2d 1211, 1220-1223 (Wis. 1988); *Minor Child A. Doe v City of Chattanooga*, No. 876 (Tenn. 1989); *Jenicke v. City Forest Hill*, 873 S.W.2d 776 (Tex. 1994); *Jones v. Dane County*, 537 N.W.2d 74, 195 Wis.2d 892 (Wis. 1995); *Moore v. Ganim*, 660 A.2d 742, 233 Conn. 557 (Conn. 1995); *Lewis E. v. Spagnolo*, 186 Ill.2d 198, 710 N.E.2d 798, 238 Ill.Dec. 1 (Ill. 1999); *Allen v. Illinois Community College Board*, No. 5-99-0012 (Ill. 2000); *Workman v. Franklin County*, No. 00AP-1449 (Ohio 2001); *Severson v. Board of Trustees of Purdue University*, 777 N.E.2d 1181 (Ind. 2002); *Severson v. Board of Trustees of Purdue University*, 777N.E.2d 1181 (Ind. 2002); *Gormley v. Latanya Wood-El*, 422 N.J.Super. 426, 29 A.3d 336 (N.J. 2011).

If the Constitution tells those in the government to "let people alone", where does the Executive branch get authority to mandate to the People? Please show where it was decided by a Court that a mask policy mandated by a Governor was constitutional? If Plaintiff is not sick, why does he have to wear a mask? Who is it protecting? If Plaintiff is not sick, how can he pass on the virus?

Plaintiff has walked into the follow businesses without a mask and has not been harassed by any employee in the business: Whole Foods, Natural Grocers, Target, King Soopers, Walmart, Trader Joe's, Home Depot, and Staples, to name a few. Why the harassment from an employee of Whole Foods now when Plaintiff has walked into this business over the past year without a mask and no harassment? Does the corporation have proof that Plaintiff has the virus?

This picture shows what a virologist wears. Are Defendants' contention that masks work?



## STATEMENT

The Rights of the Plaintiff need to be protected by the Courts.

"It is the duty of courts to be watchful for the constitutional rights of the citizens, and against any stealthy encroachments thereon. Their motto should be obsta principiis.'" *Boyd v. U. S.*, 116 U.S. 616, 635 (1886); see also, *Hale v. Henkel*, 201 U.S. 43, 88 (1906); *Gouled v. United States*, 255 U.S. 298, 304 (1921); *Byars v. U.S.*, 273 U.S. 28, 32 (1927).

### REQUEST FOR RELIEF

a. WHEREAS, it has been proven that face masks do not prevent anyone from getting or giving the virus to someone else (see item 4 and many more);

b. WHEREAS, the CDC has stated that cloth masks do not prevent someone from getting the virus (see item 274);

c. WHEREAS, the WHO has stated that asymptomatic People cannot transfer the virus (see items 43, 99, 111);

d. WHEREAS, many from the list above have proven the pandemic is a fraud;

e. WHEREAS, this country has had the flu for over 100 years or more and we never wore masks, social distanced, held People under house arrest in their homes, and shut down the country, while tens of thousands of People have died from the flu each year;

f.   WHEREAS, since Plaintiff is not sick, he does not need to wear a mask;

g.   WHEREAS, Plaintiff has not gotten sick in over 45 years;

h.   WHEREAS, Plaintiff has the Right to make his own medical/health decisions;

i.   WHEREAS, the Governor cannot deny Plaintiff his Rights;

j.   WHEREAS, the corporation cannot deny Plaintiff his Rights;

k.   WHEREAS, the Governor has no authority to issue an Executive Order that applies to the People as there does not exist any such authority in the Colorado Constitution, which makes the Executive Order unconstitutional to the People, and People are not required to obey an unconstitutional law;

l.   WHEREAS, Executive Orders only apply to the employees in the executive branch of the government;

m.   WHEREAS, the Governor of California has admitted that he cannot mandate the wearing of masks, social distancing, and lockdowns;

n.   WHEREAS, where one Governor cannot mandate to the People, all Governors cannot mandate to the People of their state;

o.   WHEREAS, the government was establish to protect the Rights of the People and those Rights cannot be taken away by the government;

p.   WHEREAS, the corporation has no authority to require customers to the wearing of a mask as that could cause health issues or even death to a customer;

q.   WHEREAS, the corporation has no authority to require customers to the wearing of a mask as that infringes upon the Rights of the customers to make their own medical/health decisions;

r.   WHEREAS, requiring customers to wear a mask is tantamount to committing fraud on the customers;

s.   WHEREAS, requiring customers to wear a mask is tantamount to causing a customers to

become seriously ill or death;

t.   WHEREAS, the Executive Order was posted by the Governor on 17 April 2020 to require

People to wear a mask is unconstitutional;

u.   WHEREAS, the corporation instituted a policy requiring customers to wear a mask, when

the corporation never required this at the beginning of the flu season in 2019, and most likely in any

other year previously;

v.   WHEREAS, the corporation instituted this policy in concert with the fraudulent Executive

Order issued by the governor;

w.   THEREFORE, for all the reasons stated above, Plaintiff demands $200 million from the

corporation, and $50 million from the unnamed security employee.

Submitted this 25th day of January 2021.

By: _____

Sal Celauro Jr
In Propria Persona, Sui Juris

Page 21 of 21

U.S. POSTAGE PAID
FCM LG ENV
ENGLEWOOD, CO
80110
JAN 25, 21
AMOUNT
$5.20
R2304W120684-04

1023
80294

UNITED STATES
POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

7020 0090 0001 7887 0863

Sal Celauro Jr
c/o 3590 S Pennsylvania St, Apt 318
Englewood, Colorado [80113]

Office Of The Clerk
U.S. District Court
Alfred A. Arraj Courthouse
901 19th St., Room A105
Denver, CO 80294-3589

